UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IMMIGRANT INVESTORS ASSOCIATION, INC., d/b/a INVEST IN THE USA, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 20-2472 (BAH) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ANSWER TO COMPLAINT

Defendants, United States Citizenship and Immigration Services ("USCIS") and United States Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully submit this Answer to Plaintiff's First Amended Complaint. Defendants respond specifically to each numbered paragraph of the Complaint as follows:

### DEFENDANTS' RESPONSES TO THE NUMBERED PARAGRAPHS

Defendants deny all allegations in the Complaint, including the relief sought, except when specifically admitted in this Answer. Defendants respond to the specifically enumerated paragraphs as follows:

### NATURE OF ACTION [1]

---

[1] For ease of reference, Defendants' Answer replicates the headings contained in the Amended Complaint. Although Defendants believe that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles may be construed to contain factual allegations, those allegations are denied.

1. The allegations contained in Paragraph 1 consist of Plaintiff's characterization of and background to this action, to which no response is required. The remaining allegations in this paragraph consist of conclusions of law, to which no response is required. To the extent that a response is required, Defendants admit that this action purports to be brought under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA").

2. This paragraph contains Plaintiff's characterization of this action, not allegations of fact, to which no response is required.

3. The paragraph contains Plaintiff's characterization of this action and conclusions of law, not allegations of fact, to which no response is required.

## JURISDICTION AND VENUE

4. The allegations contained in Paragraph 4 consist of conclusions of law regarding jurisdiction, to which no response is required. To the extent that a response is required, Defendants admit only that this Court has jurisdiction subject to the limitations of the FOIA. Defendants further aver that the statute cited speaks for itself.

5. The allegations contained in Paragraph 5 consist of Plaintiff's conclusions of law regarding venue, to which no response is required. To the extent that a response is required, Defendants aver that 5 U.S.C. § 552(a)(4)(B) governs venue in actions brought pursuant to the FOIA, and that venue is proper in this judicial district.

## PARTIES

6. The allegations contained Paragraph 6 consist of Plaintiff's characterization of itself, to which no response is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore deny the allegations.

7. Defendants admit that the DHS is a federal agency subject to the provisions of the FOIA 5 U.S.C. § 552, et seq. The remaining allegations consist of Plaintiff's conclusions of law, to which no response is required. To the extent that a response is required, Defendants deny the remaining allegations contained in Paragraph 7.

8. Defendants admit that the USCIS is a federal agency subject to the provisions of the FOIA 5 U.S.C. § 552, et seq. The remaining allegations consist of Plaintiff's conclusions of law, to which no response is required. To the extent that a response is required, Defendants deny the remaining allegations contained in Paragraph 8.

## STATUTORY FRAMEWORK

9. Paragraph 9 characterizes the FOIA, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a full and accurate statement of its contents and deny any allegations inconsistent therewith.

10. Paragraph 10 characterizes the FOIA, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a full and accurate statement of its contents and deny any allegations inconsistent therewith.

11. Paragraph 11 characterizes the FOIA, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a full and accurate statement of its contents and deny any allegations inconsistent therewith.

12. Paragraph 12 characterizes the FOIA and case law, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a full and accurate statement of its contents and deny any allegations inconsistent therewith.

13. Paragraph 13 characterizes the FOIA, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a full and

accurate statement of its contents and deny any allegations inconsistent therewith.

14.     Paragraph 14 characterizes the FOIA, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a full and accurate statement of its contents and deny any allegations inconsistent therewith.

15.     Paragraph 15 characterizes the FOIA, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a full and accurate statement of its contents and deny any allegations inconsistent therewith.

16.     Paragraph 16 characterizes the FOIA, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a full and accurate statement of its contents and deny any allegations inconsistent therewith.

17.     Paragraph 17 characterizes the FOIA, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a full and accurate statement of its contents and deny any allegations inconsistent therewith.

## **FACTS**

18.     This paragraph contains Plaintiff's characterization of its and Defendants' actions and conclusions of law, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, Defendants deny.

19.     This paragraph contains Plaintiff's characterization of Defendants' Policy Manual Update, to which no response is required.

20.     This paragraph contains Plaintiff's characterization of Defendants' actions, to which no response is required.

21.     This paragraph contains Plaintiff's characterization of its own actions, to which no response is required. To the extent that a response is required, Defendants lack knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore deny the allegations.

22. This paragraph contains Plaintiff's characterization of its FOIA request, but the document speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the FOIA request for a complete and accurate description of its contents, and deny any allegation inconsistent with the request's plain language, meaning, or context.

23. Defendants admit that at the time of the filing of this lawsuit, no responsive records had been produced to Plaintiff.

24. This paragraph contains Plaintiff's conclusions of law, to which no response is required.

## STATEMENT OF CLAIMS

### I
### FAILURE TO RESPOND TO REQUEST WITHIN STATUTORY TIMEFRAME

25. Defendants incorporate each of the foregoing Paragraphs of this Answer.

26. This paragraph contains Plaintiff's conclusions of law to which no response is required.

27. The allegations contained in this paragraph constitute Plaintiff's conclusions of law, to which no response is required. To the extent that a response is required, Defendants admits that a final response to Plaintiff's FOIA request was not provided prior to the filing of this suit. Defendants deny the remaining allegations

### II
### FAILURE TO PRODUCE RESPONSIVE RECORDS

28. Defendants incorporate each of the foregoing Paragraphs of this Answer.

29. This paragraph contains Plaintiff's conclusions of law, to which no response is

required. To the extent the Court deems any allegations in this Paragraph factual, Defendants deny them.

30. This paragraph contains Plaintiff's conclusions of law, to which no response is required. To the extent the Court deems any allegations in this Paragraph factual, Defendants deny them.

31. This paragraph contains Plaintiff's conclusions of law, to which no response is required. To the extent the Court deems any allegations in this Paragraph factual, Defendants deny them.

32. This paragraph contains Plaintiff's conclusions of law, to which no response is required. To the extent the Court deems any allegations in this Paragraph factual, Defendants deny them.

## PRAYER FOR RELIEF

The remainder of Plaintiff's Complaint contains Plaintiff's requested relief to which no response is required. To the extent that these paragraphs may be deemed to contain factual allegations, Defendants deny all allegations contained in the Complaint except as may have been expressly admitted, and deny that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

As to some or all of the claims asserted in this action, Plaintiff has failed to state a claim upon which relief may be granted under FOIA.

### Second Affirmative Defense

Plaintiff is not entitled to compel the production of responsive records protected from disclosure by one or more of the exemptions or exclusions to the FOIA, 5 U.S.C. § 552 *et seq.*,

and the Privacy Act, 5 U.S.C. § 552(a), *et seq*.

### Third Affirmative Defense

The Court lacks jurisdiction over the subject matter of this Complaint for any relief that exceeds the relief authorized by statute under 5 U.S.C. § 552.

### Fourth Affirmative Defense

Defendants have conducted adequate searches in response to the underlying requests under FOIA, 5 U.S.C. § 552, as amended, or otherwise are in the process of completing searches and releases of non-exempt, responsive records, or segregable portions thereof. Defendants further aver that some or all of the requested records may be exempt, in full or in part, from release under FOIA exemptions.

### Fifth Affirmative Defense

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their accurate and complete contents in response; however, Defendants' references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

WHEREFORE, having fully answered, Defendants request judgment and relief against Plaintiff as follows:

a) that the claims against Defendants are dismissed with prejudice and that Plaintiff takes nothing and is granted no relief;

b) that Defendants be awarded costs and disbursements incurred in defending this matter; and

c) such other and further relief to which Defendants are entitled.

Date: October 15, 2020						Respectfully submitted,

							MICHAEL R. SHERWIN
							Acting United States Attorney

							DANIEL F. VAN HORN,
							D.C. BAR # 924092
							Chief, Civil Division

					By:	/s/ *Kristin D. Brudy-Everett*
							KRISTIN D. BRUDY-EVERETT
							Assistant United States Attorney
							Judiciary Center Building
							555 4th St., N.W.
							Washington, D.C.  20530
							(202) 252-2536
							Kristin.Brudy-Everett@usdoj.gov

							*Counsel for Defendants*